1  CHERYL L. CRUMPTON
   THOMAS W. PEIRCE
2
   Attorneys for Plaintiff
3  SECURITIES AND EXCHANGE
   COMMISSION
4  100 F Street, N.E.
   Mail Stop 5985
5  Washington, D.C. 20549
   202-551-4459 (Crumpton direct line)
6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                         SAN FRANCISCO DIVISION

10
   ┌─────────────────────────────────────────┬─────────────────────────────────────┐
11 │ SECURITIES AND EXCHANGE COMMISSION,     │ Misc. No.  14-80304 MSC-VC          │
   │                                         │                                     │
12 │          Applicant,                     │ STIPULATED REQUEST AND [PROPOSED]   │
   │                                         │ ORDER TO ENLARGE TIME PURSUANT TO   │
13 │       v.                                │ LOCAL RULE 6-2                      │
   │                                         │                                     │
14 │ PHILLIP CORY ROBERTS,                   │                                     │
   │                                         │                                     │
15 │          Respondent.                    │                                     │
   └─────────────────────────────────────────┘
16

17

18

19

20

21

22

23

24

25

26

27

28

## **STIPULATION**

Pursuant to Local Rules 6-2 and 7-12, Applicant Securities and Exchange Commission (the "Commission") and Respondent Phillip Cory Roberts, by and through their respective counsel of record, hereby stipulate and ask this Court for an order enlarging by seven days the time for the Commission to file its reply memorandum of points and authorities to Respondent Phillip Cory Roberts's memorandum of points and authorities in opposition to the Commission's motion to compel, thus making the Commission's reply due on December 10, 2014.

This is the Commission's first request for an extension of time and is made pursuant to the reasons set forth in the attached declaration of Cheryl L. Crumpton.

Respectfully submitted,

Dated: November 28, 2014        /s/ Cheryl L. Crumpton
                                Cheryl L. Crumpton
                                Attorney for Applicant
                                SECURITIES AND EXCHANGE
                                COMMISSION

Dated: November 28, 2014        /s/ James V. Masella, III
                                James V. Masella, III
                                Attorney for Respondent
                                PHILLIP CORY ROBERTS

I, Cheryl L. Crumpton, am the ECF User whose ID and password are being used to file this Stipulated Request and [Proposed] Order to Enlarge Time Pursuant to L.R. 6-2.  In compliance with General Order X.B., I hereby attest that James V. Masella, III has concurred in this filing.

Dated: November 28, 2014        /s/ Cheryl L. Crumpton
                                Cheryl L. Crumpton
                                Attorney for Applicant
                                SECURITIES AND EXCHANGE
                                COMMISSION

1
2 **ORDER**
PURSUANT TO STIPULATION, IT IS SO ORDERED.
3
4
5
6  Dated: December 1 , 2014
7                                   Honorable Vince Chhabria
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  CHERYL L. CRUMPTON
   THOMAS W. PEIRCE
2
   Attorneys for Plaintiff
3  SECURITIES AND EXCHANGE
   COMMISSION
4  100 F Street, N.E.
   Mail Stop 5985
5  Washington, D.C. 20549
   202-551-4459 (Crumpton direct line)
6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                        SAN FRANCISCO DIVISION
9

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Misc. No. 14-80304 MSC-VC |
| Applicant, | |
| v. | DECLARATION OF CHERYL L. CRUMPTON IN SUPPORT OF STIPULATED REQUEST FOR AN ORDER TO ENLARGE TIME PURSUANT TO LOCAL RULE 6-2 |
| PHILLIP CORY ROBERTS, | |
| Respondent. | |

I, Cheryl L. Crumpton, declare that I have personal knowledge of the facts set forth below, and if called as a witness could and would competently testify as follows:

1. I am employed as a trial attorney with the Division of Enforcement of the United States Securities and Exchange Commission ("Commission") in Washington, D.C.

2. I am currently the sole trial attorney assigned to the litigation of *Securities and Exchange Commission v. Phillip Cory Roberts*, Misc. No. 14-MC-80304-VC.

3. In addition, I am also assigned to several other active matters, including the litigation of *Securities and Exchange Commission v. Syron, et al.*, 11-CV-09201-RJS in the United States District Court for the Southern District of New York.

4. On December 3 and 4, 2014, I will be conducting the deposition of one of the three defendants in the litigation of *Securities and Exchange Commission v. Syron, et al.*

5. The Commission's reply to Respondent's Opposition to the Commission's Motion to Compel is currently due on December 3, 2014.

6. Due to my current litigation schedule, additional time of seven days is necessary to prepare a reply memorandum of points and authorities and declaration.

7. I have sought and received the consent of counsel for Respondent for this extension of time.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 28th day of November 2014.

/s/ Cheryl L. Crumpton
Cheryl L. Crumpton