Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Securities and Exchange Commission )
)  Case No: 14-MC-80304-VC
)
                    Plaintiff(s),   )
)  **APPLICATION FOR**
       v.                            )  **ADMISSION OF ATTORNEY**
)  **PRO HAC VICE**
Phillip Cory Roberts                 )  (CIVIL LOCAL RULE 11-3)
)
)
                    Defendant(s).    )

I, James V. Masella, III., an active member in good standing of the bar of Southern District of NY, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Phillip Cory Roberts in the above-entitled action. My local co-counsel in this case is Scott C. Kline, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Patterson Belknap Webb & Tyler LLP, 1133 Ave. of the Americas, New York, NY 10036 | Kline Law Group, 100 Pine Street, Suite 1250 San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 336-2000 | (415) 745-3636 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jmasella@pbwt.com | scott@klinelg.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: JM5121.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                                    James V. Masella, III.
                                                    APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of James V. Masella, III. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 1, 2014

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                    *October 2012*

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>    **JAMES VINCENT MASELLA III**    </u>, Bar # <u>  **JM5121**  </u>

was duly admitted to practice in this Court on

<u>  **JULY 01st, 1993**  </u>, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>   on   <u>**NOVEMBER 25th, 2014**</u>

<u>Ruby J. Krajick</u>   by   <u>*[signature]*</u>
Clerk                        Deputy Clerk